# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ERIN MCDONALD, | : No. 419 MAL 2015 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| WHITEWATER CHALLENGERS, INC., | : |
| AND WHITEWATER CHALLENGERS | : |
| OUTDOOR ADVENTURE CENTER, | : |
| T/D/B/A WHITEWATER CHALLENGERS, | : |
| INC., | : |
| | : |
| Respondent | : |
| | |
| ERIN MCDONALD, | : No. 420 MAL 2015 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| WHITEWATER CHALLENGERS, INC., | : |
| AND WHITEWATER CHALLENGERS | : |
| OUTDOOR ADVENTURE CENTER, | : |
| T/D/B/A, WHITEWATER CHALLENGERS, | : |
| INC., | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.